July 24, 2025



# JUDGMENT

# The Fifteenth Court of Appeals

### NO. 15-24-00017-CV

APPELLANT, ALL STAR IMPORTS, INC. D/B/A WORLD CAR MAZDA
NORTH// CROSS-APPELLANT, MAZDA MOTOR OF NORTH AMERICA,
INC. A/K/A MAZDA MOTOR OF AMERICA, INC.

V.

APPELLEES, BOARD OF THE TEXAS DEPARTMENT OF MOTOR
VEHICLES, AND MAZDA MOTOR OF NORTH AMERICA, INC. A/K/A
MAZDA MOTOR OF AMERICA, INC.// CROSS-APPELLEE, ALL STAR
IMPORTS, INC. D/B/A WORLD CAR MAZDA NORTH

This cause, an appeal and cross appeal from the judgment in favor of
appellee, the Board of the Texas Department of Motor Vehicles, was heard on the
appellate record. We have inspected the record and find no error in the judgment.
We order the judgment of the court below **AFFIRMED**.

We order appellant, All Star Imports, Inc. d/b/a World Car Mazda North,
and cross-Appellant, Mazda Motor of North America, Inc. a/k/a Mazda Motor of
America, Inc., jointly and severally, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.

Judgment Rendered July 24, 2025.

Panel consists of Chief Justice Brister and Justices Field and Farris. Opinion delivered by Justice Field.